AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
| v. | ) |
| | ) Case No. 22-00208-TFM |
| DEDRIC ROLANDO CLINTON, JR. | ) |
| *Defendant* | ) |

**SEALED CASE**

## ARREST WARRANT

FBI
10863919
2303-1028-0195-J

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEDRIC ROLANDO CLINTON, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   WIRE FRAUD - COUNT 1

Date:   10/27/2022

*Cynthia Robinson*
*Issuing officer's signature* Deputy Clerk

City and state:   Mobile, AL

**CHARLES R. DIARD, JR.**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/27/2022, and the person was arrested on *(date)* 11/17/2022
at *(city and state)* Mobile, AL.

Date:   11/17/2022

*Andrea Jenkins*
*Arresting officer's signature*

Andrea Jenkins - Investigative Analyst
*Printed name and title*