## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIM. ACT. NO. 1:22-cr-208-TFM-B** |
| ) | |
| **DEDRIC ROLANDO CLINTON, JR.** ) | |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

On December 29, 2022, the Defendant Dedric Rolando Clinton, Jr., by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging Wire Fraud in violation of Title 18, United States Code, Section 1343.  *See* Docs. 31, 32.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted.  *See* Doc. 33.  No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending sentencing.

A sentencing hearing was previously scheduled for **March 30, 2023 at 10:00 a.m.** by separate Order.  *See* Doc. 32.  However, the Court **RESETS** the hearing from Courtroom 3A to **Courtroom 3B**.

**DONE** and **ORDERED** this 17th day of January, 2023.

                                                  /s/Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES DISTRICT JUDGE